COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ABATEMENT ORDER

Appellate case name:    In re DCP Midstream L.P.

Appellate case number:  01-12-00878-CV

Trial court case number:  1039744

Trial court:          234th District Court of Harris County

      Relator, DCP Midstream L.P., filed a petition for writ of mandamus challenging Judge Reece Rondon's August 30, 2012 order denying relator's Motion to Strike Intervening Plaintiffs' Petition to Intervene. Judge Rondon is no longer the judge of the 234th District Court of Harris County, Texas. Pursuant to Texas Rule of Appellate Procedure 7.2(b), the Court "abate[s] the proceeding to allow the successor to reconsider the original party's decision." TEX. R. APP. P. 7.2(b). The petition for writ of mandamus is abated. The case is remanded to the trial court.

      It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                  Acting individually

Date: September 20, 2012